

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable C. Woodrow Laughlin
County Attorney
Jim Wells County
Alice, Texas

Dear Sir:

Opinion No. 0-4860
Re: Does a county clerk have
the authority to issue
a marriage license to a
male under sixteen or a
female under fourteen
years of age, provided
the provisions of Article
6405 have been complied
with?

    Your letter of September 17 has been received by
this department, submitting the following:

    "Article 4603 of the Revised Civil Statutes of
Texas reads as follows:  'Males under sixteen and
females under fourteen years of age shall not marry.'

    "Article 4604 of the Revised Civil Statutes of
Texas provides that "Persons who desire to marry
shall procure from the County Clerk the license
directed to all persons authorized by law to cele-
brate the rights of matrimony, which shall be
sufficient authority to celebrate such marriage.'

    "In Evans vs. Johnson, 61 S.W. 143, the Court
held that 'While, under the circumstances of this
case, the clerk was not authorized to issue this
license even with the consent of the parent, -
the female being under the age of fourteen - still
we are of the opinion that the plaintiff is estopped
from recovering, and under the facts no other judg-
ment would have been properly rendered.'

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable C. Woodrow Laughlin, Page 2

"It is therefore the opinion of this office
that where the male is under sixteen or the female
is under fourteen that the County Clerk has no au-
thority whatever to issue a marriage license and
that in such a case the County Clerk is compelled
by law to refuse to issue the same."

As pointed out in your letter Article 4603 provides
that males under sixteen and females under fourteen years of
age shall not marry.

It might also be noted that Article 4607 provides
that it shall not be lawful for any person of Caucasian
blood or their descendants to intermarry with Africans or
the descendants of Africans.

Article 4605 reads as follows:

"No clerk shall issue a license without the
consent of the parent or guardian of the parties
applying, if there be a guardian. Such consent
may be given in person, or in writing signed and
acknowledged by said parent or guardian before
an officer authorized to take acknowledgments,
unless the parties so applying are, in the case
of the male twenty-one years of age, and in case
of the female eighteen years of age. If there
be any doubt in the mind of the clerk, he shall
not issue said license unless there shall be pre-
sented to him a sworn certificate from the parent
or guardian or some person other than the con-
tracting parties that the contracting parties
have attained the ages aforesaid. Nothing herein
shall be construed to affect the issuance of
marriage license in seduction prosecution. If
a minor has neither parent nor guardian, then
the clerk shall not issue a license without the
consent of the county judge of the county of the
residence of such minor, such consent to be in
writing and signed and acknowledged by such
county judge. P.D., 4667; Acts 1911, p. 63."

There is no provision in the above Article for the
Clerk to issue a license to males under 16 or females under
14, even with the written consent of the parent or guardian.
There is only a provision for the clerk to issue a license

Honorable C. Woodrow Laughlin, Page 3

to males over sixteen and under twenty-one and females over fourteen and under eighteen, with the consent of the parent or guardian, if there be a guardian.

In like manner there is no provision in the above Article 4605 for the Clerk to issue a license to those prohibited from marrying as set forth in Article 4607.

In other words there is no provision in the statutes authorizing the Clerk to issue a marriage license to those who are specifically prohibited from entering into the marriage relation.

We therefore answer your question in the negative.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Fred C. Chandler*
Fred C. Chandler
Assistant

FCC:nw

APPROVED SEP 25, 1942

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN